TENEMENT HOUSE DEPARTMENT OF CITY OF NEW YORK v. 200 AND 202 MANHATTAN AVE., BOROUGH OF MANHATTAN. (No. 7425.)

(Supreme Court, Appellate Division, First Department.   June 4, 1915.)

JURY ⬥⟶18—RIGHT TO TRIAL BY JURY—ACTIONS FOR PENALTY.

A defendant in an action by the tenement house department of the city of New York to enforce a penalty has a constitutional right to a jury trial.

[Ed. Note.—For other cases, see Jury, Cent. Dig. §§ 99–103; Dec. Dig. ⬥⟶18.]

Appeal from Special Term, New York County.

Action by the Tenement House Department of the City of New York against 200 and 202 Manhattan Avenue, Borough of Manhattan, City of New York. From an order denying a motion for a trial by jury, defendant appeals. Reversed, and motion granted.

See, also, 165 App. Div. 978, 150 N. Y. Supp. 1114.

---

⬥⟶For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, DOW-LING and HOTCHKISS, JJ.

Abraham Kaplan, of New York City, for appellant.
John P. O'Brien, of New York City, for respondent.

PER CURIAM. The action being one to enforce a penalty, defendant had a constitutional right to a jury trial, which, under the circumstances disclosed, we hold was not waived. The order should be reversed, without costs, and the motion granted, without costs, to the extent of framing the following issues:

(1) At the time or times alleged in the complaint were the therein described premises, Nos. 200 and 202 Manhattan avenue, a tenement house?

(2) At said time or times were said premises used for the purpose of a house of prostitution or assignation of any description, with the knowledge or permission of the owner thereof or his agent?